RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE   2-25-08
BY     Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES GILBERT | CIVIL ACTION NO. 05-0468 |
| VERSUS | JUDGE STAGG |
| PHELPS CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is denied, and Petitioner's complaint is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of February, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE